

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00465-CV

DARRELL JULIAN AND TED HENNIS, Appellants

V.

CADENCE MCSHANE CONSTRUCTION COMPANY, LLC AND PINPOINT
COMMERCIAL LP, GENERAL PARTNER OF PPC GP, LLC, Appellees

Appeal from the 165th District Court of Harris County.  (Tr. Ct. No. No. 2014-13825).

This case is an appeal from the interlocutory order signed by the trial court on April 21, 2015.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's order.  Accordingly, the Court **reverses** the trial court's order and **renders** judgment granting Darrell Julian's and Ted Hennis's special appearances and dismissing without prejudice all claims filed against them.  Such judgment is final.

The Court orders that the appellees, Cadence McShane Construction Company, LLC and Pinpoint Commercial LP, General Partner of PPC GP, LLC, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 5, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Higley.